Ruffin, C. 3,
 

 His Honoe. overlooked the previous statute of 1830, ch. 4, which makes it unlawful for a free negro to marry a white person, and declares the marriage void. The
 
 *202
 
 oversight probably arose from the circumstance, that the act of 1830 was not re-enacted among the Revised Statutes of 1836. Its omission induced and rendered necessary the act 0|- jggg t0 same e:[ject, as the Revised Statute, c. 1, sec. 2, all prior statutes were repealed. But the same act declares such repeal should not affect rights or actions, crimes or prosecutions, arising before the repeal; and, therefore, the marriage between these persons, which was celebrated while the act of 1830 was in force, is void. We say the marriage took place while that act was in force, because the act went into operation on the 3d of February, 1831, and the trial was in May, 1842, and the verdict finds the marriage to have been “ about ten years before trialthat is to say, in May, 1842, being a year and three months after the act was in force. There ought, therefore, to have been judgment for the State on the special verdict, which must accordingly be certified to the Superior Court.
 

 PRR Cuhiam, Ordered to be certified accordingly.